Dennis G. Martin, Esq. (SB# 54060)
Willmore F. Holbrow, III (SB# 169688)
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel: (310) 207-3800
Fax: (310) 820-5988

JS-6

Attorneys for Plaintiff
Throttle Rocker, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THROTTLE ROCKER, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EURODEZIGNS, INC., an Indiana corporation, DELORES COOMBS, an individual, BARBARA MURCH, an individual, PAUL A. BRADEN, JR., an individual, KIM SQUIRE, an individual, JENNIFER CABANAS, an individual, RAYMOND E. MEEHAN, an individual, ERIC CAMACHO, an individual, DOUG WELDON, an individual, THERESA WELDON, an individual, CHRIS NAZARIO, an individual, and KELLY CATHCART, an individual<br>    Defendants | Case No: CV08-07361 ODW (CWx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

In accordance with the Stipulation entered by and between the parties signed on or about June 27, 2009 in connection with this action,

IT IS HEREBY ADJUDGED, DECREED AND ORDERED that:

1.     This Court has jurisdiction over the subject matter, the parties and the parties' Settlement Agreement.

2.     Plaintiff THROTTLE ROCKER, INC. (hereinafter Plaintiff) is a California corporation doing business as THROTTLE ROCKER within the County of Santa Cruz, State of California.

1

     3.    Defendants EURODEZIGNS, INC., an Indiana corporation, DELORES COOMBS, an individual, BARBARA MURCH, an individual, PAUL A. BRADEN, JR., an individual, KIM SQUIRE, an individual, JENNIFER CABANAS, an individual, RAYMOND E. MEEHAN, an individual, ERIC CAMACHO, an individual, DOUG WELDON, an individual, THERESA WELDON, an individual, CHRIS NAZARIO, an individual, and KELLY CATHCART, an individual, (hereinafter cumulatively referred to as "Defendants") are residents of the State of Indiana and have submitted to the jurisdiction of this Court in connection with the Settlement Agreement and this Consent Judgment and Permanent Injunction.

     4.    The parties agree that Plaintiff owns all right and title to the THROTTLE ROCKER trademark and the trade dress features depicted in the Contoured Throttle Device (photograph attached as Exhibit A) and that all such rights are valid and enforceable.

     5.    Defendants their officers, directors, agents, attorneys, employees, representatives, affiliates and all persons acting by, through or in concert with them are permanently enjoined from any and all marketing selling, advertising, rendering, or offering for sale any products (i) bearing THROTTLE ROCKER or any mark similar thereto or (ii) similar in appearance to the Contoured Throttle Device

     6.    Defendants and each of them are jointly and severally obligated to pay Plaintiff Fifteen Thousand Dollars ($15,000):  $5,000 on or before July 10, 2009,  and $1,000 on the fifteenth day of each of the next consecutive ten months beginning on July 15, 2009.

     7.    If it becomes necessary for Plaintiff to enforce the permanent injunction or collect any unpaid portions of the monetary payment, this Court will award Plaintiff its attorneys' fees and any costs incurred in connection with enforcing such terms.

Date:  July 7, 2009

_____
Judge Otis D. Wright
Unite States District Court Judge